UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

**Civil Case Number**: 3:17-cv-00216-MCR-EMT

Kevin Pickett,

                Plaintiff,

v.

Maury Cobb, Attorney at Law, LLC; and
DOES 1-10, inclusive,

                Defendants.

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: May 24, 2017

                Respectfully submitted,

                By   /s/ Sergei Lemberg
                Sergei Lemberg, Esq.
                LEMBERG LAW, L.L.C.
                43 Danbury Road, 3rd Floor
                Wilton, CT 06897
                Telephone: (203) 653-2250
                Facsimile: (203) 653-3424
                ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 24, 2017, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg_____

              Sergei Lemberg