# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

KEVIN PICKETT,

    Plaintiff,

v.                                CASE NO. 3:17cv216-MCR/EMT

MAURY COBB, ATTORNEY AT
LAW, LLC; and DOES 1-10,
inclusive,

    Defendanta.
_____/

## ORDER OF DISMISSAL

The Court has been informed that the parties have reached a settlement of this matter.  *See* ECF No. 6.  Therefore, the Court hereby **DISMISSES** the above-entitled action from the active docket of the Court.  In the event the settlement is not consummated, the Court reserves the power to reopen the case for further proceedings upon motion filed by any party within sixty (60) days of the date of this Order and a showing of good cause.  At this time, the Clerk is directed to close the file in this case

for administrative purposes.  Upon the expiration of sixty (60) days without activity, the Clerk is directed to close the case in its entirety for all purposes.

**DONE and ORDERED** on this 25th day of May, 2017.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**