UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Civil Case No. 3:17-cv-00216-MCR-EMT

| | |
|---|---|
| Kevin Pickett, | : |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Maury Cobb, Attorney at Law, LLC; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Kevin Pickett ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: June 20, 2017

        Respectfully submitted,
        By   /s/ Sergei Lemberg
        Sergei Lemberg, Esq.
        LEMBERG LAW, L.L.C.
        43 Danbury Road, 3rd Floor
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Facsimile:  (203) 653-3424
        ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 20, 2017, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Northern District of Florida Electronic Document Filing System (ECF) and that the document is available on the ECF system.

            By  /s/ Sergei Lemberg

              Sergei Lemberg