UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KEVIN PICKETT

       VS                                  CASE NO.  3:17-cv-00216-MCR-EMT

MAURY COBB ATTORNEY AT LAW
LLC et al

### CLERK'S DISMISSAL

      Upon NOTICE of Voluntary Dismissal filed herein, pursuant to Rule 41(a)(1),

Federal Rules of Civil Procedure, it is

      ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same

hereby is, dismissed with prejudice.

                                    Jessica J. Lyublanovits
                                    Clerk of Court

 June 21, 2017
DATE                                    s/ Monica Broussard
                                    Deputy Clerk